In re Audrey A. BOUKHAROV, Yong-
wei Cao, David K. Kolavic, Jingdong
Liu, James Mcininch, and Wei Wu.

No. 05–1014.

United States Court of Appeals,
Federal Circuit.

Oct. 5, 2005.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DIS-
MISSED under Fed. R.App. P. 42(b).

In re Mark S. ABAD and
Thomas J. La Rosa.

No. 05–1013.

United States Court of Appeals,
Federal Circuit.

Oct. 5, 2005.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DIS-
MISSED under Fed. R.App. P. 42(b).

In re Scott E. ANDERSEN
and James D. Masucci.

No. 05–1012.

United States Court of Appeals,
Federal Circuit.

Oct. 5, 2005.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DIS-
MISSED under Fed. R.App. P. 42(b).